UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>Plaintiff-in-Interpleader,<br><br>v.<br><br>KELLYSUE KAPLAN, BLAKE KAPLAN, ALEXANDRIA SANDEL, BRADLEY KAPLAN, AUSTIN SANDEL, BRETT KAPLAN, and DOES 1 through 10,<br><br>Defendants-in-Interpleader. | No. CV 18-3228 PA (PLAx)<br><br>JUDGMENT IN INTERPLEADER |

In accordance with the Court's October 17, 2018 Minute Order granting the Motion for Release and Discharge filed by plaintiff United of Omaha Life Insurance Company ("United of Omaha"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. United of Omaha shall, by no later than November 13, 2018, deposit the proceeds of the life insurance policy number UA9362031 (the "Policy") it issued to decedent Scott Kaplan ("Decedent"), plus applicable interest, with the Clerk of the Court.

2. Upon United of Omaha's deposit of the subject funds with the Clerk of Court, defendants KellySue Kaplan, Blake Kaplan, Alexandria Sandel, Bradley Kaplan, Austin Sandel, and Brett Kaplan (collectively "Defendants") are permanently enjoined from

instituting any action or proceeding against United of Omaha, or its agents, affiliates, parents, subsidiaries, attorneys, or assigns, with respect to the Policy or the payment of proceeds of the Policy.

    3. The Clerk shall continue to hold all sums placed in interpleader by United of Omaha in an interest bearing account pending further order of the Court.

    4. United of Omaha is dismissed from this action with prejudice.

    5. Upon United of Omaha's deposit of the subject funds, United of Omaha is released from any obligation to make any further court appearances or file further papers in this matter.

    IT IS SO ORDERED.

DATED: October 17, 2018

                                                  Percy Anderson
                                    UNITED STATES DISTRICT JUDGE